396 A.2d 848

Ziegler Lumber and Supply Company v. Golden Triangle
Development Company, Appellant.

Argued October 24, 1978.  Robert D. Barozzini, for appellant;  Louis Vaira, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.

396 A.2d 848

Zold, Appellant, v. Walker et al.

Argued October 24, 1978.  Joseph Colavecchi, for appellant;  William C. Kriner, for appellees.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.